**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


SADEEKI SACCOH                          :          CIVIL ACTION
                                        :
        v.                              :
                                        :
                                        :
LT. JOHNSON et al                       :          NO.  26-cv-1978

### O R D E R

**AND NOW**, this    **27th**    day of  **March, 2026**, in accordance with the court's

procedure for assignment of a United States Magistrate Judge to certain District Court Judges on

a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned

case is Magistrate (Jose R. Arteaga).  If the District Court Judge deems referral appropriate, a

separate referral order, specifying the reason for referral, will be issued by the District Court Judge.


**FOR THE COURT:**


**WENDY BEETLSTONE**
**Chief Judge**


**ATTEST:**


**/s/ George Wylesol**
**GEORGE WYLESOL**
**Clerk of Court**